IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John J. Koresko, V and PennMont Benefit Services, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Jeffrey Bleiweis, CJA and Associates, Inc., et al. <br><br> Defendants. | Civil Action No. 04-769 |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF COURT:**

Please enter my appearance for Plaintiff in the above-captioned action.

Respectfully,

Jeanne D. Bonney, Esquire
Atty. I.D. 40779

Koresko & Associates, P.C., 200 W. Fourth Street, Bridgeport PA 19405        Tel. 610-992-2200

PHIDOCS-37831.1

CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing Entry of Appearance of Jeanne D. Bonney on the undersigned by first class mail:

DIANE SIEGEL DANOFF
ROBERT ASHBROOK
DECHERT LLP
1717 Arch Street
Philadelphia, PA 19103
ATTORNEY FOR THE TRAVELERS LIFE AND ANNUITY COMPANY

CRAIG R. TRACTENBERG
NIXON PEABODY LLP
1818 Market Street, 11th Floor
Philadelphia, PA 19103
ATTORNEY FOR RAYMOND ANKNER, JEFF BLEIWEIS; CJA ASSOCIATES, INC.

Dated: February 22, 2005

Virginia I. Miller, Esquire
Attorney for Plaintiffs