IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN J. KORESKO, V, et al.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 04-CV-769 |
| | : | |
| **JEFF BLEIWEIS, et al.** | : | |

## ORDER

AND NOW, this 21st day of March, 2005, upon consideration of Plaintiffs' Motion for Reconsideration (docket no. 88) and Defendants' responses thereto, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

S/Bruce W. Kauffman
BRUCE W. KAUFFMAN, J.