# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John J. Koresko, V and PennMont Benefit Services, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>Jeff Bleiweis, Raymond Ankner, CJA and Associates, Inc., and The Travelers Life and Annuity Company<br><br>Defendants. | Civil Action No. 04-cv-769 |

## ENTRY OF APPEARANCE AS CO-COUNSEL

TO THE CLERK:

    Kindly enter my appearance as co-counsel with Virginia I. Miller for the Plaintiffs in the above captioned matter.

Dated: June 16, 2005

JAG4798
Jocelyn A. Gabrynowicz (I.D. No. 93372)

Anderson Kill & Olick, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 568-4202

Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this Entry of Appearance As Co-Counsel with the Clerk of the Court using the ECF system, which constitutes service upon the following:

DIANE SIEGEL DANOFF
ROBERT ASHBROOK
DECHERT LLP
1717 Arch Street
Philadelphia ,PA 190103
ATTORNEY FOR THE TRAVELERS LIIFE AND ANNUITY COMPANY


CRAIG R. TRACTENBERG
RENEE BERGMANN
NIXON PEABODY LLP
1818 Market Street, 11th Floor
Philadelphia, PA 19103
ATTORNEY FOR JEFF BLEIWEIS; RAYMOND ANKNER; CJA ASSOCIATES, INC.


DATED: June 16, 2005

JAG4798
Jocelyn A. Gabrynowicz (I.D. No. 93372)

ANDERSON KILL & OLICK, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103
(215) 568-4202

Attorneys for Plaintiffs