# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. KORESKO, V and<br>PENNMONT BENEFIT SERVICES, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>JEFF BLEIWEIS,<br>RAYMOND ANKNER,<br>CJA AND ASSOCIATES, INC., and<br>THE TRAVELERS LIFE AND ANNUITY COMPANY,<br><br>   Defendants. | CIVIL ACTION NO. 04-CV-769 |

## DEFENDANT THE TRAVELERS LIFE AND ANNUITY COMPANY'S SUPPLEMENTAL DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(b), defendant The Travelers Life and Annuity Company ("TLAC") states that MetLife, Inc. is TLAC's parent corporation, and that MetLife, Inc. is a publicly held corporation that owns ten percent or more of TLAC's stock. Citigroup Insurance Holding Corporation is no longer TLAC's parent corporation.

Dated: July 28, 2005

                                                *RA604*
                                                Diane Siegel Danoff
                                                Robert W. Ashbrook Jr.
                                                Dechert, LLP
                                                4000 Bell Atlantic Tower
                                                1717 Arch Street
                                                Philadelphia, PA  19103-2793
                                                telephone 215.994.4000
                                                facsimile 215.994.2222
                                                Attorneys for Defendant
                                                      The Travelers Life and Annuity Company

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN J. KORESKO, V and<br>PENNMONT BENEFIT SERVICES, INC.,<br><br>   Plaintiffs,<br><br>   v.<br><br>JEFF BLEIWEIS,<br>RAYMOND ANKNER,<br>CJA AND ASSOCIATES, INC., and<br>THE TRAVELERS LIFE AND ANNUITY COMPANY,<br><br>   Defendants. | CIVIL ACTION NO. 04-CV-769 |

## DEFENDANT THE TRAVELERS LIFE AND ANNUITY COMPANY'S SUPPLEMENTAL DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(b), defendant The Travelers Life and Annuity Company ("TLAC") states that MetLife, Inc. is TLAC's parent corporation, and that MetLife, Inc. is a publicly held corporation that owns ten percent or more of TLAC's stock. Citigroup Insurance Holding Corporation is no longer TLAC's parent corporation.

Dated: July 28, 2005

                                          *RA604*
                                        Diane Siegel Danoff
                                        Robert W. Ashbrook Jr.
                                        Dechert, LLP
                                        4000 Bell Atlantic Tower
                                        1717 Arch Street
                                        Philadelphia, PA 19103-2793
                                        telephone 215.994.4000
                                        facsimile 215.994.2222
                                        Attorneys for Defendant
                                              The Travelers Life and Annuity Company

# CERTIFICATE OF SERVICE

I certify that today I filed the following documents electronically in the U.S. District Court for the Eastern District of Pennsylvania, case no. 04-CV-0769, and that they are available for viewing and downloading from the Court's ECF system:

    Defendant The Travelers Life and Annuity Company's Supplemental Disclosure Statement (two copies)

    Certificate of Service

Service to the following counsel of record was made electronically through the Court's ECF system:

| | |
|---|---|
| Diane Siegel Danoff, Esq.<br>Dechert LLP<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103<br>215-994-2179<br>215-994-2222 fax<br>diane.danoff@dechert.com | Robert W. Ashbrook Jr., Esq.<br>Dechert LLP<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103<br>215-994-2215<br>215-994-2222 fax<br>robert.ashbrook@dechert.com |
| Craig R. Tractenberg, Esq.<br>Nixon Peabody LLC<br>1818 Market Street<br>11th Floor<br>Philadelphia, PA 19103-3647<br>215-246-3525<br>215-561-0410 fax<br>ctractenberg@nixonpeabody.com | Reneé F. Bergmann, Esq.<br>Nixon Peabody LLC<br>1818 Market Street<br>11th Floor<br>Philadelphia, PA 19103<br>215-246-3524<br>215-561-0410 fax<br>rbergmann@nixonpeabody.com |
| Virginia I. Miller, Esq.<br>Anderson Kill & Olick, P.C.<br>1600 Market Street<br>Suite 2500<br>Philadelphia, PA 19103<br>215-568-4712<br>215-568-4573 fax<br>vmiller@andersonkill.com | Jocelyn A. Gabrynowicz, Esq.<br>Anderson Kill & Olick, P.C.<br>1600 Market Street<br>Suite 2500<br>Philadelphia, PA 19103<br>215-568-4202<br>jgabrynowicz@andersonkill.com |

Dated: July 28, 2005            *RA604*
                                                           Robert W. Ashbrook Jr.