IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John J. Koresko, V and PennMont Benefit Services, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>Jeff Bleiweis, Raymond Ankner, CJA and Associates, Inc., and The Travelers Life and Annuity Company<br><br>Defendants. | Civil Action No. 04-cv-769 |

## ENTRY OF APPEARANCE AS CO-COUNSEL FOR PLAINTIFFS

TO THE CLERK:

Kindly enter my appearance as co-counsel for the Plaintiffs in the above captioned matter.

Dated: November 22, 2005

/s/ Wm P.
William H. Pillsbury (I.D. No. 93734)

Anderson Kill & Olick, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 568-4202

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this Entry of Appearance As Co-Counsel with the Clerk of the Court using the ECF system, which constitutes service upon the following:

DIANE SIEGEL DANOFF
ROBERT ASHBROOK
DAVID N. SONTAG
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808
**ATTORNEY FOR THE TRAVELERS LIIFE AND ANNUITY COMPANY**

CRAIG R. TRACTENBERG
RENEE BERGMANN
NIXON PEABODY LLP
1818 Market Street, 11th Floor
Philadelphia, PA 19103
**ATTORNEY FOR JEFF BLEIWEIS; RAYMOND ANKNER; CJA ASSOCIATES, INC.**

DATED: November 22, 2005

VIM1712
Virginia I. Miller (I.D. No. 85361)

ANDERSON KILL & OLICK, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103
(215) 568-4202

Attorneys for Plaintiffs