# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. KORESKO, V and PENNMONT BENEFIT SERVICES, INC. <br> v. <br> JEFF BLEIWEIS, RAYMOND G. ANKNER, CJA AND ASSOCIATES, INC., THE TRAVELERS LIFE AND ANNUITY COMPANY | NO. 2:04-cv-00769 |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Mark E. Gottlieb, Esquire, Robert E. Frankel, Esquire, Virginia I. Miller, Esquire, Pamela Dianne Hans, Esquire, William H. Pillsbury, Esquire, and Jocelyn A. Gabrynowicz, Esquire of the law firm of Anderson, Kill & Olick, P.C. on behalf of John J. Koresko, V and PennMont Benefit Services, Inc. in the above matter.

ANDERSON KILL & OLICK

_____
Mark E. Gottlieb, Esquire,
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 568-4202
mgottlieb@andersonkill.com

On behalf of himself and Robert E. Frankel, Esquire, Virginia I. Miller, Esquire, Pamela Dianne Hans, Esquire, William H. Pillsbury, Esquire, and Jocelyn A. Gabrynowicz, Esquire

## ENTRY OF APPEARANCE

Kindly enter our appearance on behalf of John J. Koresko, V and PennMont Benefit Services, Inc. in the above-captioned matter.

POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO

By: _____

Michael G. Trachtman, Esquire
475 Allendale Road
King of Prussia, PA 19406
(610) 354-9700
mtrachtman@powelltrachtman.com

_____
Gregory J. Star, Esquire
475 Allendale Road
King of Prussia, PA 19406
(610) 354-9700
gstar@powelltrachtman.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2006 a copy of the foregoing Withdrawal of Appearance and Entry of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO

By: _____
Gregory J. Star, Esquire
475 Allendale Road
King of Prussia, PA 19406
(610) 354-9700
gstar@powelltrachtman.com