# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE TRAVELERS LIFE AND ANNUITY COMPANY, CJA AND ASSOCIATES, INC., RAYMOND G. ANKNER, JEFFREY I. BLEIWEIS<br>v.<br>JOHN J. KORESKO, V<br>v.<br>RAYMOND G. ANKNER, JEFFREY I. BLEIWEIS, THE TRAVELERS LIFE AND ANNUITY COMPANY, CJA AND ASSOCIATES, INC. | NO. 2:05-cv-05862 |
| JOHN J. KORESKO, V and PENNMONT BENEFIT SERVICES, INC.<br>v.<br>JEFF BLEIWEIS, RAYMOND G. ANKNER, CJA AND ASSOCIATES, INC., THE TRAVELERS LIFE AND ANNUITY COMPANY | NO. 2:04-cv-00769 |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of John J. Koresko, V and Pennmont Benefit Services, Inc. in the above matters.

POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO

By: /s/ Gregory J. Star
Gregory J. Star, Esquire 89389

Date: 3/30/07

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Withdrawal of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO

                                      By: _____
                                            Gregory J. Star, Esquire

Date: 3/30/07