**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN J. KORESKO, V, <u>et al.</u>** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  04-769** |
| | : | |
| **JEFF BLEIWEIS, <u>et al.</u>** | : | |

## ORDER

    **AND NOW**, this   7TH      day of October, 2008, having ascertained from the record in

the above-captioned matter that no proceeding has been docketed therein for a period of more

than **ONE (1) YEAR** as of this date, Plaintiffs are notified that this action shall be dismissed

pursuant to Rule 41.1(a) of the Local Rules of Civil Procedure unless they file a written

application within **THIRTY (30) DAYS** from the date of this Order.  In the absence of such

application or further Order by the Court, the Clerk shall, without special Order, enter upon the

record "Dismissed with prejudice under Local Rule 41.1(a)," and shall, upon application by

Defendants, tax costs against Plaintiffs.


                           **BY THE COURT:**


                           **   S/ BRUCE W. KAUFFMAN____**
                           **BRUCE W. KAUFFMAN,  J.**