IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. KORESKO, V and PENNMONT BENEFITS SERVICES, INC., <br><br> Plaintiffs, <br> v. <br><br> JEFF BLEIWEIS, RAYMOND G. ANKNER, CJA AND ASSOCIATES, INC., THE TRAVELERS LIFE AND ANNUITY COMPANY <br> Defendants. | Civil Action No. 2:04-cv-00769 |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearances of d Chad A. Rutkowski, Esquire of Woodcock Washburn LLP on behalf of plaintiffs, John J. Koresko, V and PennMont Benefit Services, Inc. in connection with the above-captioned matter.

Dated: November 5, 2008

WOODCOCK WASHBURN LLP

Henrik D. Parker /s\_\_\_
Henrik D. Parker (Pa. I.D. 53938)
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 564-2222
Facsimile: (215) 568-3439
parker@woodcock.com

Attorneys for plaintiffs John J. Koresko, V
and PennMont Benefit Services, Inc.

# CERTIFICATE OF SERVICE

I, Henrik D. Parker, hereby certify that on this 5th day of November, 2008, I caused a true and correct copy of the foregoing Entry of Appearance, to be served via CM/ECF upon attorneys for Defendant listed below:

Michael G. Trachman, Esquire
POWELL TRACHTMAN LOGAN CARRLE & LOMABARDO, P. C.
475 Allendale Road, Suite 500
King of Prussia   PA   19406
mtrachtman@powelltrachtman.com

Craig R. Tractenberg, Esquire
Reneé F. Bergmann, Esquire
NIXON PEABODY LLP
1818 Market Street, 11th Floor
Philadelphia, PA 19103
ctractenberg@nixonpeabody.com
rbergmann@nixonpeabody.com

Diane Siegel Danoff, Esquire
Robert W. Ashbrook, Esquire
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia  PA  19104-2808
diane.danoff@dechert.com
robert.ashbrook@dechert.com

                    ___/s/_____
                    Henrik D. Parker