IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. KORESKO, V and PENNMONT BENEFITS SERVICES, INC.,<br><br>          Plaintiffs,<br>    v.<br><br>JEFF BLEIWEIS, RAYMOND G. ANKNER, CJA AND ASSOCIATES, INC., THE TRAVELERS LIFE AND ANNUITY COMPANY<br>          Defendants. | Civil Action No. 2:04-cv-00769 |

**APPLICATION OPPOSING ADMINSTRATIVE DISMISSAL
PURSUANT TO L.CIV.R. 41.1(a)**

Plaintiffs, John J. Koresko, V and Pennmont Benefit Services, Inc., by and through their counsel Woodcock Washburn LLP, hereby respond to the Court's notice of administrative dismissal filed October 8, 2008, and respectfully request that the Court order that the matter not be dismissed. Plaintiffs submit that good cause is shown in that they have not been actively represented by counsel in this matter since March 30, 2007, and have only retained the undersigned counsel, Woodcock Washburn, to represent them in this action within the last few days.

Plaintiffs request that new counsel be permitted a period of 60 days so that counsel might: (a) sign the Stipulated Protective Order entered by the Court on August 6, 2004, so that counsel can review all documents designated "Confidential" and/or "Confidential- Attorneys' Eyes Only" obtained by the parties in this litigation; (b) obtain the file from Plaintiffs' previous counsel; (c) review and analyze the file materials generated during more than four years of

litigation; and (d) ascertain whether additional discovery is needed or whether the matter is ready to proceed to trial. Plaintiffs accordingly request that a scheduling conference be held in this matter during the week of January 5, 2009, to schedule further discovery proceedings or trial as appropriate.

Dated: November 5, 2008                    WOODCOCK WASHBURN LLP


                                          Chad A. Rutkowski_/s/____
                                          Henrik D. Parker (Pa. I.D. 53938)
                                          Chad A. Rutkowski (Pa. I.D. 79860)
                                          Cira Centre, 12th Floor
                                          2929 Arch Street
                                          Philadelphia, PA  19104
                                          Telephone:  (215) 564-2222
                                          Facsimile:  (215) 568-3439
                                          parker@woodcock.com
                                          crutkowski@woodcock.com

                                          Attorneys for plaintiffs John J. Koresko, V
                                          and PennMont Benefit Services, Inc.

# **CERTIFICATE OF SERVICE**

I, Chad A. Rutkowski, hereby certify that on this 5th day of November, 2008, I caused a true and correct copy of the foregoing Application Opposing Administrative Dismissal, to be served via CM/ECF, e-mail and first class mail upon attorneys for Defendant listed below:

>Michael G. Trachtman, Esquire
>POWELL TRACHTMAN, LOGAN CARRLE &
>LOMBARDO, P. C.
>475 Allendale Road, Suite 500
>King of Prussia   PA   19406
>mtrachtman@powelltrachtman.com
>
>Craig R. Tractenberg, Esquire
>Reneé F. Bergmann, Esquire
>NIXON PEABODY LLP
>1818 Market Street, 11th Floor
>Philadelphia, PA 19103
>ctractenberg@nixonpeabody.com
>rbergmann@nixonpeabody.com
>
>Diane Siegel Danoff, Esquire
>Robert W. Ashbrook, Esquire
>DECHERT LLP
>Cira Centre
>2929 Arch Street
>Philadelphia  PA  19104-2808
>diane.danoff@dechert.com
>robert.ashbrook@dechert.com

>  /s/_____
>  Chad A. Rutkowski