IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN J. KORESKO, V, et al.        :   CIVIL ACTION
                                   :
    v.                             :   NO. 04-769
                                   :
JEFF BLEIWEIS, et al.              :

## ORDER

**AND NOW**, this 12th day of November, 2008, upon consideration of Plaintiffs' Application Pursuant to Local Rule 41.1(a) (docket no. 134), it is **ORDERED** that the Application is **GRANTED** and that the parties shall meet to discuss the nature and basis of their claims and defenses, and the possibilities for a prompt settlement or resolution of the case. It is **FURTHER ORDERED** that the parties shall develop a proposed discovery plan and shall submit to the Court, on or before January 9, 2009, a joint "Rule 16 Memorandum" that includes, where applicable:

1. A proposed schedule for remaining pretrial proceedings setting forth the time limits:
   (a) to join other parties and to amend the pleadings;
   (b) to file non-dispositive motions;
   (c) to complete discovery;
   (d) to file pretrial memoranda pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rule of Civil Procedure 16.1(c);
   (e) to exchange exhibits;
   (f) to exchange experts' reports; and
   (g) to file dispositive motions.

2. A statement on each of the following:
   (a) the prospects of amicable settlement;
   (b) whether all parties agree to a referral of this case to U.S. Magistrate Judge Jacob P. Hart for trial;[1]
   (c) the estimated length of trial;

---

[1] Magistrate Judges are authorized, with agreement of the parties, to try any civil case, jury or non-jury, with appeals going directly to the Third Circuit. All cases assigned to Judge Hart are given a firm trial date.

(d) the basis for the Court's jurisdiction; and

(e) any other matter that may facilitate the just, speedy, and inexpensive disposition of this case.

3. A certification that all counsel have conferred and discussed each of the above matters and approve the contents of the Rule 16 Memorandum.

Upon review of the parties' Rule 16 Memorandum, the Court will issue a Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b) setting forth the dates for the remaining pretrial proceedings, final pretrial conference, and trial.

**BY THE COURT:**

**S/ BRUCE W. KAUFFMAN**
**BRUCE W. KAUFFMAN, J.**