IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. KORESKO, V and PENNMONT BENEFITS SERVICES, INC.,<br><br>Plaintiffs,<br>v.<br><br>JEFF BLEIWEIS, RAYMOND G. ANKNER, CJA AND ASSOCIATES, INC., THE TRAVELERS LIFE AND ANNUITY COMPANY<br>Defendants. | Civil Action No. 2:04-cv-00769 |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Henrik D. Parker, Esquire of Woodcock Washburn LLP on behalf of plaintiffs, John J. Koresko, V and PennMont Benefit Services, Inc. in connection with the above-captioned matter.

Dated: November 14, 2008        WOODCOCK WASHBURN LLP

<u>Henrik D. Parker  /s/</u>
Henrik D. Parker (Pa. I.D. 53938)
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA  19104
Telephone:  (215) 564-2222
Facsimile:  (215) 568-3439
parker@woodcock.com

Attorneys for plaintiffs John J. Koresko, V and PennMont Benefit Services, Inc.

# CERTIFICATE OF SERVICE

I, Henrik D. Parker, hereby certify that on this 14th day of November, 2008, I caused a true and correct copy of the foregoing Entry of Appearance to be served via CM/ECF, e-mail and first class mail upon attorneys for Defendant listed below:

> Michael G. Trachtman, Esquire
> POWELL TRACHTMAN, LOGAN CARRLE &
> LOMBARDO, P. C.
> 475 Allendale Road, Suite 500
> King of Prussia   PA   19406
> mtrachtman@powelltrachtman.com
>
> Craig R. Tractenberg, Esquire
> Reneé F. Bergmann, Esquire
> NIXON PEABODY LLP
> 1818 Market Street, 11th Floor
> Philadelphia, PA 19103
> ctractenberg@nixonpeabody.com
> rbergmann@nixonpeabody.com
>
> Diane Siegel Danoff, Esquire
> Robert W. Ashbrook, Esquire
> DECHERT LLP
> Cira Centre
> 2929 Arch Street
> Philadelphia  PA  19104-2808
> diane.danoff@dechert.com
> robert.ashbrook@dechert.com

  /s/_____
Henrik D. Parker