## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. KORESKO, V and PENNMONT BENEFITS SERVICES, INC., | Civil Action No. 2:04-cv-00769 |
| Plaintiffs, | |
| v. | |
| JEFF BLEIWEIS, RAYMOND G. ANKNER, CJA AND ASSOCIATES, INC., THE TRAVELERS LIFE AND ANNUITY COMPANY | |
| Defendants. | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Henrik D. Parker, Esquire of Woodcock

Washburn LLP on behalf of plaintiffs, John J. Koresko, V and PennMont Benefit Services, Inc.

in connection with the above-captioned matter.

Dated:  November 18, 2008          WOODCOCK WASHBURN LLP


Henrik D. Parker  /s/
Henrik D. Parker (Pa. I.D. 53938)
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA  19104
Telephone:  (215) 564-2222
Facsimile:  (215) 568-3439
parker@woodcock.com

## CERTIFICATE OF SERVICE

I, Henrik D. Parker, hereby certify that on this 18th day of November, 2008, I caused a true and correct copy of the foregoing Withdrawal of Appearance to be served via CM/ECF upon attorneys for the parties listed below:

Michael G. Trachtman, Esquire
POWELL TRACHTMAN, LOGAN CARRLE &
LOMBARDO, P. C.
475 Allendale Road, Suite 500
King of Prussia   PA   19406
mtrachtman@powelltrachtman.com

Craig R. Tractenberg, Esquire
Reneé F. Bergmann, Esquire
NIXON PEABODY LLP
1818 Market Street, 11th Floor
Philadelphia, PA 19103
ctractenberg@nixonpeabody.com
rbergmann@nixonpeabody.com

Diane Siegel Danoff, Esquire
Robert W. Ashbrook, Esquire
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia  PA  19104-2808
diane.danoff@dechert.com
robert.ashbrook@dechert.com

_Henrik D. Parker_ /s/
Henrik D. Parker