# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. KORESKO, V and PENNMONT BENEFIT SERVICES, INC. <br><br> Plaintiffs, <br><br> v. <br><br> JEFF BLEIWEIS, RAYMOND G. ANKNER, CJA AND ASSOCIATES, INC., THE TRAVELERS LIFE AND ANNUITY COMPANY <br><br> Defendants. | Civil Action No. 2:04-cv-00769 |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Michael G. Trachtman of Powell Trachtman Logan Carrle & Lombardo, PC on behalf of Plaintiffs John J. Koresko, V and PennMont Benefit Services, Inc. in the above matter.

                                                  **POWELL, TRACHTMAN, LOGAN,**
                                                  **CARRLE & LOMBARDO, P.C.**

                              By:      /s/ Michael G. Trachtman
                                     Michael G. Trachtman (PA 19525)
                                     475 Allendale Road, Suite 200
                                     King of Prussia, PA 19406
                                     Telephone: (610) 354-9700
                                     Facsimile: (610) 354-9760

Date: November 20, 2008

# CERTIFICATE OF SERVICE

I, Michael G. Trachtman, Esquire, hereby certify that, on the date indicated below, a true and correct copy of the foregoing Withdrawal of Appearance was electronically filed with the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO, P.C.**

By: /s/ Michael G. Trachtman
Michael G. Trachtman (PA 19525)
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: (610) 354-9700
Facsimile: (610) 354-9760

Date: November 20, 2008

KOP:346513v1 5319-03