IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. KORESKO, V, et al. | : CIVIL ACTION |
| v. | : NO. 04-769 |
| JEFF BLEIWEIS, et al. | : |

## ORDER

AND NOW, this 17th day of December, 2008, it is **ORDERED** that within ten (10) days of the date of this Order, Plaintiffs shall show cause why this action should not be dismissed pursuant to Local Rule of Civil Procedure 41.1(a). If Plaintiffs fail to show good cause within that time, the action will be dismissed with prejudice.[1]

BY THE COURT:

BRUCE W. KAUFFMAN, J.

---

[1] On October 8, 2008, the Court notified Plaintiffs that no proceeding in this action had been docketed for a period of over one year and ordered them to file a written application within thirty days to avoid administrative dismissal of the action. On November 5, 2008, new counsel entered their appearance for Plaintiffs and notified the Court that Plaintiffs intended to proceed with this action. Based on the representations of Plaintiffs' new counsel that they intended to prosecute this matter, the Court granted Plaintiffs' application pursuant to Local Rule 41.1(a).

However, on November 18, 2008, Plaintiffs' new counsel withdrew from the action. Because the sole ground for the Court's decision to grant Plaintiffs' application was the representation that Plaintiffs had secured new counsel and intended to prosecute this matter, the Court will require Plaintiffs to show cause why this action should not be dismissed.