IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN J. KORESKO, V, et al.  :  CIVIL ACTION
:
v.  :  NO. 04-769
:
JEFF BLEIWEIS, et al.  :

## ORDER

AND NOW, this 6th day of January, 2009, it is **ORDERED** that this action is **DISMISSED** with prejudice pursuant to Local Rule of Civil Procedure 41.1(a).[1]

BY THE COURT:


S/ BRUCE W. KAUFFMAN
BRUCE W. KAUFFMAN, J.

---

[1] On October 8, 2008, the Court notified Plaintiffs that no proceeding in this action had been docketed for a period of over one year and ordered them to file a written application within thirty days to avoid administrative dismissal of the action. On November 5, 2008, new counsel entered their appearance for Plaintiffs and notified the Court that Plaintiffs intended to proceed with this action. Based on the representations of Plaintiffs' new counsel that they intended to prosecute this matter, the Court granted Plaintiffs' application pursuant to Local Rule 41.1(a).

However, on November 18, 2008, Plaintiffs' new counsel withdrew from the action. Because the sole ground for the Court's decision to grant Plaintiffs' application was the representation that Plaintiffs had secured new counsel and intended to prosecute this matter, the Court issued an Order dated December 17, 2008 directing Plaintiffs to show cause why this action should not be dismissed pursuant to Local Rule 41.1(a). The December 17, 2008 Order warned Plaintiffs that if they failed to show good cause, the action would be dismissed with prejudice. To date, Plaintiffs have not responded to the December 17, 2008 Order. Accordingly, the Court will dismiss the action.