IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. KORESKO, V et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEFF BLEIWEIS et al. | : | NO. 04-769 |

**ORDER**

AND NOW, this 30th day of July, 2009, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Bruce W. Kauffman to the calendar of the Honorable Juan R. Sánchez.

FOR THE COURT:

HARVEY BARTLE III
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court