IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. KORESKO, V, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 04-769 |
| | : | |
| JEFF BLEWEIS, et al. | : | |

## **ORDER**

AND NOW, this 5th day of August, 2009, it is hereby ORDERED a teleconference shall take place on August 18, 2009, at 10:00 a.m., regarding Plaintiffs' Second Motion to Vacate Order Dismissing Case. Counsel for Plaintiffs shall initiate the call.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.