# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**John J. Koresko, et al**

    v                                                                          CIVIL ACTION
                                                                             No. 04-769

**Jeff Bleiweis, et al**

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs, John J. Koresko, V and PennMont Benefit Services, Inc. appeal to the United States Court of Appeal for the Third Circuit the Order of the Honorable Juan Sanchez entered on August 19, 2009 denying the motion to vacate the Order of Dismissal.

                                                  Respectfully submitted,

                                                  John J. Koresko, V, Esquire
                                                  Pro Se and on behalf of
                                                  PennMont Benefit Services, Inc.
                                                  200 West Fourth Street
                                                  Bridgeport, Pa. 19405
                                                  610-992-2200

## Certificate of Service

I hereby certify that the within Notice of Appeal has been served upon all interested counsel by regular mail or electronic means on September 12, 2009 to the persons listed below.

The Honorable Juan Sanchez
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, Pa. 19106

Craig Tractenberg, Esquire
Nixon Peabody, LLP
437 Madison Avenue
New York, New York 10022

Renee F. Bergmann, Esquire
Nixon Peabody, LLP
437 Madison Avenue
New York, New York 10022

Robert Ashbrook, Esquire
Dechert
The Cira Center
2929 Arch Street
Philadelphia, Pa. 19104

Diane Siegel Danoff, Esquire
Dechert
The Cira Center
2929 Arch Street
Philadelphia, Pa. 19104

John J. Koresko, V, Esquire