IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

John J. Koresko, et al.,

vs.

04-cv-769
District Court Docket Number

Jeff Bleiweis, et al.,

Notice of Appeal Filed <u>9/12/09</u>
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal __Paid _X_Not Paid   __Seaman
    Docket Fee       __Paid _X_Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC: Clerk USCA
    Appeals Clerk
    Judge Sanchez

Defendant's Address (for criminal appeals)

Prepared by: _____ 9/14/09
Amanda Heavey, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm