**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **John J. Koresko, V** and<br>**PennMont Benefit Services, Inc.**,<br><br>    Plaintiffs,<br><br>    v.<br><br>**Jeff Bleiweis**,<br>**Raymond Ankner**,<br>**CJA and Associates, Inc.**, and<br>**MetLife Insurance Company of Connecticut**,<br><br>    Defendants. | Civil Action No. 04-cv-769 |

**NOTICE OF CROSS APPEAL BY
DEFENDANT METLIFE INSURANCE COMPANY OF CONNECTICUT**

Notice is hereby given that Defendant MetLife Insurance Company of Connecticut[1] cross appeals to the United States Court of Appeals for the Third Circuit from a Memorandum and Order dated December 30, 2004, and entered January 3, 2005 (Docket #80) denying Defendant The Travelers Life and Annuity Company's Motion to Dismiss Portions of the First Amended Complaint (Docket #49).

Respectfully submitted,

Dated: _September 25, 2009_      _s/ Robert W. Ashbrook, Jr._
Diane Siegel Danoff
Robert W. Ashbrook, Jr.
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104-2808
telephone 215.994.4000
facsimile 215.994.2222
*Attorneys for MetLife Insurance Company of Connecticut*

---

[1]    After this case was filed, the name of original defendant The Travelers Life and Annuity Company became MetLife Insurance Company of Connecticut.

13610486

## <u>CERTIFICATE OF SERVICE</u>

I certify that today that in

   *Koresko et al. v. Bleiweis et al.*, E.D. Pa. 04-cv-769

hat the following documents have been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing (ECF) system:

   Notice of Cross Appeal by Defendant MetLife Insurance Company of Connecticut

   Certificate of Service

and that service on the following parties, who have consented to electronic service, is being accomplished by the electronic service of a Notice of Electronic Case Filing:

| | |
|---|---|
| CJA & Associates, Inc., | John J. Koresko, V, and |
| Raymond G. Ankner, and | PennMont Benefit Services, Inc. |
| Jeffrey I. Bleiweis | |
| | c/o Jeanne D. Bonney, Esq. |
| c/o Craig R. Tractenberg, Esq. | Koresko & Associates, P.C. |
| Nixon Peabody LLP | jbonney@pennmont.com |
| ctractenberg@nixonpeabody.com | |

Dated: <u>*September 25, 2009*</u>          <u>  s/ *Robert W. Ashbrook, Jr.*.          </u>
                                                        Robert W. Ashbrook, Jr.

13610486